ESTHER GENOVA v. ST. PAUL BRIDGE & TERMINAL RAILWAY COMPANY.[1]

December 21, 1933.

No. 29,898.

*D. L. Grannis* and *Barrows, Stewart, Jackson & Junkin,* for appellant.

*Samuel A. Anderson* and *Keefe & Fallon,* for respondent.

*PER CURIAM.*

Appeal from a judgment.

The case was here before and our opinion filed October 6, 1933. 189 Minn. 555, 250 N. W. 190. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 250 N. W. 191.
Application for certiorari to United States Supreme Court pending.